Hon. David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PHOEBE ATIM,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS), et al.,<br><br>Defendants. | Case No. 3:26-CV-05871-DGE<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>Note on Motion Calendar:<br>Sep. 18, 2026 |

**JOINT STIPULATION**

The Parties, through undersigned counsel, jointly file this stipulated motion, asking the Court to extend the deadline for the filing of Defendants' Answer or other response to Plaintiff's Complaint to December 18, 2026. Good cause supports this motion.

Plaintiff filed the Complaint on August 3, 2026. Plaintiff served the U.S. Attorney's Office with the Summons and Complaint on August 17, 2026, making the Answer due October 16, 2026. Defendants have scheduled an asylum re-interview with Plaintiff on October 19, 2026, after which Defendants will need time to complete any necessary background and security checks before adjudicating Plaintiff's I-589 Asylum application. As such, the Parties stipulate to

//



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

extend the time for Defendants to file an Answer or other response to the Complaint to December 18, 2026.

**SO STIPULATED.**

DATED September 18, 2026.

Respectfully submitted,

*s/ Kyle A. Forsyth*
Kyle. A. Forsyth, WSBA No. 34609
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-2422
Email: kyle.forsyth@usdoj.gov

*Attorney for Defendants*

I certify that this memorandum contains 129 words, in compliance with the Local Civil Rules.

*/s/ Christina Sullivan Castro*
Christina Sullivan Castro – CA Bar# 328326
Hacking Immigration Law, LLC
10121 Manchester Rd., Suite A
St. Louis, MO 63122
Phone: (314) 961-8200
Email: csullivan@hackingimmigrationlaw.com

*Lead Counsel for Plaintiff, admitted pro hac vice*

Conner Edwards, WSBA No. 62961
CG Edwards, LLC
P.O. Box 12082
Seattle, WA 98102
Phone: (425) 533-1677
Email: CG.Edwards@gmail.com

*Local Counsel for Plaintiffs*

**ORDER**

It is hereby ORDERED that the parties' motion is GRANTED. Defendants shall file their Answer or other response to the Complaint by December 18, 2026.

DATED this 24th day of September 2026.

David G. Estudillo
United States District Judge



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970