UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PHOEBE ATIM,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES et al.,<br><br>Defendants. | CASE NO. 3:26-cv-05871-DGE<br><br>ORDER DISMISSING CASE |

On November 9, 2026, Plaintiff filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Dkt. No. 15.) The Court DISMISSES this case without prejudice.

Dated this 9th day of November, 2026.

David G. Estudillo
United States District Judge